**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

08 NOV 12 PM 2:51

In re:                                         Case No. **04-32208 BKC PGH**
                                                Chapter **13**
**Rafael E. Murillo**

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, **Adams & Cohen**, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of **$ 4,507.84**, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of **State Farm Auto Insurance.** Applicant further states that:

1.   (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement, must be attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is the duly authorized representative for the business or corporation

| FINANCIAL OFFICE REVIEW | | | |
|---|---|---|---|
| Application Received | Date: | Initials: | |
| Payment Approved | Date: | Initials: | |
| Forwarded to Judge | Date: | Initials: | |
| Accounting Code | | | |

LF-27 (rev. 06/02/08)                     Page 1 of 3

listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

**X** Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.  Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.  Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 11-12-08

**State Farm Auto Insurance**
Name Under Which Funds Were Deposited

_____**Scheduled**_____
Claim Number

**State Farm Mutual Automobile Insurance**
Name of Party On Whose Behalf
Application Was Filed*

Address: One State Farm Plaza

Bloomington, IL 61710

_____
Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #)____**2751**_____

**Jairo A. Camargo / Manager**
Print Name and Title of Applicant

**Adams & Cohen**
Print Company Name
**P.O. Box 546293**
Print Street Address

**Miami Beach, FL 33154**
Print City and State

**(888) 978-9990**
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on __11-12-08__

_____
NOTARY PUBLIC, AT LARGE
STATE OF __Florida__

MIRIAM C. MARRERO
MY COMMISSION # DD548241
EXPIRES: May 3, 2010
Florida Notary Service.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                 Case No. **04-32208 BKC-PGH**
                                                                        Chapter **13**
**Rafael E. Murillo**

_____Debtor_____/

## AFFIDAVIT OF CLAIMANT

I, __Robert Parent__ , am (indicate status of claimant)

(  ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to __Inquest Services, Inc._____,
a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(  ) the duly authorized representative for the claimant "business" _____
_____; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to __Inquest Services, Inc._____,
a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to __Inquest Services, Inc._____,
a "funds locator" or attorney, to submit an application on my behalf; or

( **X** ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to __Inquest Services, Inc._____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of **$ 4,507.84** deposited in this court in the name of **State Farm Auto Insurance**_____ and representing claim number **1**____ (if no claim was filed write "scheduled" in blank space).

    2. Claimant History:  Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant.  Also attach a copy of an official

LF-28 (rev. 06/02/08)                    Page 1 of  2

government photo id to prove your identity.

     3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

     I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 11/6/2008

_____
signature of claimant or representative of "business" claimant

     **Robert Parent**
print name

     **Finance Manager**
title

     3100
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

One State Farm Plaza, Bloomington, IL 61710
address

     (309) 766-2777
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Affirm
~~Sworn~~ to and Subscribed before me on 11/6/08 .

*Doris J. Fehr*
NOTARY PUBLIC, AT LARGE

STATE OF *Illinois*

OFFICIAL SEAL
DORIS J FEHR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/26/10

LF-28 (rev. 06/02/08)       Page 2 of 2

## LIMITED POWER OF ATTORNEY
(For one transaction only)

I, _Robert Parent_ for **State Farm Mutual Automobile Insurance Company**, do hereby grant to *INQUEST SERVICES, INC.* my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$ 4,507.84** from The U.S. Bankruptcy Court, Southern District of Florida.

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he (she) has authority to sign for the corporation.

I do hereby certify that the foregoing is true and correct.

_____
Signature

==============================================================

## NOTARY ACKNOWLEDGMENT

State of _Illinois_    County of _Woodford_

SUBSCRIBED AND ~~SWORN~~ Affirm on the _28_ day of _October_, 20_08_ before me, personally appeared _Robert Parent_, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** _Finance Manager_

WITNESS my hand and official seal,

Signature _Doris J. Fehr_                    10/26/10
Notary Public                                My commission expires:

```
OFFICIAL SEAL
DORIS J FEHR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/26/10
```

**State Farm®**
Providing Insurance and Financial Services

Home Office, Bloomington, Illinois 61710



**Robert Parent, CLU, ChFC, CPCU**
Finance Manager

General Accounting Services
One State Farm Plaza, Bloomington, IL 61710-0001
Bus 309 766 2774  Fax 309 766 0921
rob.parent.hdoo@statefarm.com

**CERTIFICATION**

I, Mark Kramp, Assistant Secretary-Treasurer of State Farm Mutual Automobile Insurance Company, a Corporation organized and doing business under the Illinois Insurance Code, do hereby certify that Rob Parent is an officer of the Company and is duly authorized to sign and execute any and all documents necessary to effect the release of unclaimed property to the Company.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the Seal of State Farm Mutual Automobile Insurance Company to be hereunto affixed this 5th day of November, 2008.

Mark Kramp
Assistant Secretary-Treasurer

(SEAL)